Filed 4/12/23  In re Harris CA5

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIFTH APPELLATE DISTRICT

| | |
|---|---|
| In re<br><br>KIRK T. HARRIS,<br><br>On Habeas Corpus. | F085915<br><br>(Fresno Super. Ct. No. CF06903074)<br><br>**OPINION** |

## THE COURT[*]

ORIGINAL PROCEEDINGS; petition for writ of habeas corpus.

Kirk T. Harris, in pro. per., for Petitioner.

Rob Bonta, Attorney General, Lance E. Winters, Chief Assistant Attorney General, Michael P. Farrell, Assistant Attorney General, and Max Feinstat, Deputy Attorney General, for Respondent.

-ooOoo-

Petitioner seeks permission to file a belated notice of appeal.  The Attorney General was given an opportunity to file opposition to the request and told that its failure to do so would be treated as consent to the requested relief being granted without further proceedings.  On April 7, 2023, the Attorney General filed a response conceding that petitioner's allegations appear to be sufficient to make a prima facie showing for relief from default.

---

[*]     Before Detjen, Acting P. J., Meehan, J. and DeSantos, J.

The Attorney General's response conceding petitioner has made a prima facie showing for relief from default, in accordance with our order filed on March 24, 2023, is deemed to constitute an agreement that the requested relief ought to be granted without further proceedings.  (*People v. Romero* (1994) 8 Cal.4th 728, 740, fn. 7.)

Therefore, we grant petitioner's request to file a belated notice of appeal.

## **DISPOSITION**

Petitioner is directed to file, on or before 60 days from the date of this opinion, a notice of appeal and request for a certificate of probable cause in Fresno County Superior Court action No. CF06903074.

Let a writ of habeas corpus issue directing the Clerk of the Superior Court for Fresno County to file said request in its action No. CF06903074, to treat it as timely filed, and to proceed with the preparation of the record on appeal in accordance with the applicable rules of the California Rules of Court if the clerk of that court receives said request on or before 60 days from the date of this opinion.

This opinion is final forthwith as to this court.